MAUDELLA MAE CAHILL, as Executrix, etc., of WILLIAM P. W. HAFF, Deceased, Respondent, v. HARMON B. W. HAFF, Appellant.— Appellant's motion to modify the decision and judgment denied. The trial justice found that there was no question in regard to the liability of defendant to account to plaintiff for the good will of the business of the partnership, and that the business of the partnership had no good will. We see no reason for the modifications requested. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

ALBERT G. DIMMERLING, Appellant, v. THOMAS F. McGRATH and Others, Respondents.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for Monday, December 1, 1924 (for which date the case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

CLARENCE M. JONES and Another, Copartners, etc., Respondents, v. IRENE THORNE SMITH, Appellant, Impleaded with SKIRING THORNE SMITH, Defendant.— Motion for stay denied. (Civ. Prac. Act, § 589.) Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

LIGHTOLIER COMPANY, Respondent, v. JOE-HEN REALTY CORPORATION and Others, Appellants.— Motion to extend time in which to perfect appeal denied, with ten dollars costs. Present — Kelly, P. J., Rich, Manning. Young and Kapper, JJ.

ANNA McDONNELL, Respondent, v. MARSO REALTY CORPORATION, Defendant. WENNEMER CONSTRUCTION COMPANY, INC., Appellant.— Motion for stay denied, without costs. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

JAMES V. P. OGLESBY, Respondent, v. MASSACHUSETTS ACCIDENT COMPANY, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

GIUSEPPINA PARASCANDOLA, as Administratrix, etc., Plaintiff, v. FRANK AUDITORE, etc., Defendant. CHARLES L. APFEL, Appellant; SACRAMENTO STEAMSHIP Co., INC., and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

GIUSEPPINA PARASCANDOLA, as Administratrix, etc., Plaintiff, v. FRANK AUDITORE, etc., Defendant. SACRAMENTO STEAMSHIP Co., INC., and Others, Appellants; CHARLES L. APFEL, Respondent.— Motion to dismiss appeal granted, with ten dollars costs. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

CHARLES K. SCHUM and Others, Appellants, v. FLORENCE L. BURCHARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied upon the ground that leave is not required, the decision of this court not being unanimous. Stay pending appeal to the Court of Appeals granted. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ. Settle order on notice.

GIOVANNI ZOLEZZI, Respondent, Appellant, v. HARRY MacCANLIS, etc., Appellant. KROLL & HOROWITZ FURNITURE COMPANY, INC., and Another, Respondents. — Motion for reargument denied, with ten dollars costs. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

GEORGE S. ABELL, Appellant, v. CORNWALL INDUSTRIAL CORPORATION, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.